CARLYLE REAL ESTATE LIMITED PARTNERSHIP *v.* THREE D DEPARTMENTS, INC.
(3544)

HULL, SPALLONE and DALY, Js.

Argued January 14—decision released February 4, 1986

*James J. Tancredi,* with whom, on the brief, was *John B. Nolan,* for the appellant (plaintiff).

*Ross G. Fingold,* with whom, on the brief, were *Cindy S. Schwartz* and *Leonard Bieringer,* for the appellee (defendant).

PER CURIAM. There is no error.